# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11 CV 633

| | |
|---|---|
| ERNEST ELLISON, III, Individually and on behalf of the ERNEST ELLISON, III IRREVOCABLE TRUST, ) ) ) ) | |
| Plaintiff ) ) | |
| V ) ) | **ORDER** |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, ) ) ) ) | |
| Defendant ) | |

**THIS MATTER** is before the court on Michael F. Anderson's Application for Admission to Practice *Pro Hac Vice* of D. Alan Rudlin. It appearing that D. Alan Rudlin is a member in good standing with the Virginia State Bar and will be appearing with Michael F. Anderson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Michael F. Anderson's Application for Admission to Practice *Pro Hac Vice* (#14) of D. Alan Rudlin is **GRANTED**, and that D. Alan Rudlin is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Michael F. Anderson.

Signed: May 31, 2012

Dennis L. Howell
United States Magistrate Judge